# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>   Plaintiff,<br><br>   v.<br><br>K. CRUZ, et al.,<br><br>   Defendants. | Case No.: 1:19-cv-00782-DAD-SAB (PC)<br><br>ORDER CONSTRUING DEFENDANTS' REQUEST AS MOTION TO LIMIT DISCOVEYR TO ISSUE OF ADMINISTRATIVE EXHAUSTION AND DIRECTING PLAINTIFF TO FILE A RESPONSE WITHIN **FOURTEEN** DAYS<br><br>[ECF No. 22] |

Plaintiff Kareem Howell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to limit discovery to the issue of administrative exhaustion, filed February 4, 2020. Defendants submit that they believe the issue of exhaustion may be dispositive and request the Court exercise its inherent authority to limit discovery to the issue of administrative exhaustion under Federal Rule of Civil Procedure 26(d).

///
///
///
///
///

1

Defendants are advised that the federal practice requires a "motion" pursuant to Local Rule 230(l), rather than a request. In the interest of justice, the Court will construe Defendants' request as a motion and Plaintiff is HEREBY DIRECTED to file a response within **fourteen (14)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**February 7, 2020**__

UNITED STATES MAGISTRATE JUDGE