UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. CRUZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00782-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 27] |

　　　　Plaintiff Kareem Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed on June 2, 2020.

　　　　Good cause having been presented, it is HEREBY ORDERED that the March 4, 2020 discovery and scheduling order is modified as follows:

　　　　1. The deadline to file an exhaustion motion is **September 2, 2020;**

　　　　2. The deadline to amend the pleadings is **December 3, 2020**;

///

///

///

1

3. The discovery deadline is **February 2, 2021**;

4. The dispositive motion deadline is **April 12, 2021**; and

5. All other provisions of the Court's March 4, 2020 order remain in full effect.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE